## Harvey, Appellant *v.* Erie Railroad Company.

Argued Oct. 3, 1904. Appeal, No. 3, Oct. T., 1903, by plaintiff, from order of C. P. Venango Co., Jan. T., 1903, No. 39, refusing to take off nonsuit in case of Thomas B. Harvey v. Erie Railroad Company. Before MITCHELL, C. J., DEAN, FELL, BROWN, MESTREZAT, POTTER and THOMPSON, JJ. Affirmed.

OPINION BY MR. JUSTICE FELL, December 31, 1904 :

The appellant in this case is the father of the appellant in

Harvey v. Railroad Co., 210 Pa. 95, and the cause of action is the same in each case. For the reasons stated in that opinion the judgment is affirmed.